United States District Court

Eastern District of California

| | |
|---|---|
| Timothy J. Bavis, | No. Civ. S 05-2030 LKK PAN P |
|     Petitioner, | Order |
|   vs. | |
| M. Kramer, Warden, et al. | |
|     Respondents. | |

-oOo-

Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner challenges a conviction in the Los Angeles County Superior Court. This court and the United States District Court in the district where petitioner was convicted both have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), but witnesses and evidence necessary for the resolution of petitioner's application are more readily available

1 | in Los Angeles County. Id. at 499 n. 15; 28 U.S.C. § 2241(d).
2 |     Accordingly, in the furtherance of justice, I hereby order
3 | this matter be transferred to the United States District Court
4 | for the Central District of California.
5 |     Dated:  November 17, 2005.

                                       /s/ Peter A. Nowinski
                                       PETER A. NOWINSKI
                                       Magistrate Judge